IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEDREK FUNKHOUSER,<br><br>Plaintiff,<br><br>v.<br><br>DAC FF 91, INC., et al.,<br><br>Defendants. | Case No. 19-cv-01197-MMC<br><br>**ORDER RE: JOINT STIPULATION FOR REMOVAL OF ACTION TO STATE COURT**<br><br>Re: Dkt. No. 39 |

Before the Court is a "Joint Stipulation," filed November 5, 2019, "for Removal of Action to State Court," by which the parties seek an order directing the above-titled action be "removed to Santa Cruz County Superior Court" (see Joint Stip. at 3:21). The parties have not cited any authority for such procedure, and, consequently, the Court declines to issue their proposed order. Nothing herein, however, is intended to preclude the parties from submitting some other agreement by which the case is heard in their preferred forum and under which their respective rights are preserved.

**IT IS SO ORDERED.**

Dated: November 7, 2019

_____
MAXINE M. CHESNEY
United States District Judge